## THIRD DISTRICT.

**Willis McGrew, defendant in error, v. William W. Wheelock and William G. Bierd, receivers of Chicago & Alton Railroad Company, plaintiffs in error. Gen. No. 7,778.**

Action for personal injuries sustained in collision with train. Judgment for plaintiff. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1924. Reversed with finding of fact. Opinion filed December 31, 1924. Opinion modified and refiled April 7, 1925. Rehearing denied June 17, 1925.

William L. Patton and Silas H. Strawn, for plaintiffs in error. Fain & Baker and L. E. Stone, for defendant in error; L. E. Stone, of counsel.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

**Carl H. Elshoff, appellant, v. Thomas F. Murray et al., appellees. Gen. No. 7,762.**

Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1924. Appeal dismissed for reasons stated in *Elshoff v. Murray*, 235 Ill. App. 488. Opinion filed March 6, 1925. *Certiorari* denied by Supreme Court (making opinion final).

John G. Friedmeyer, Winston, Strawn & Shaw and A. M. Fitzgerald, for appellant. Soelke & Johnson and George W. Kenney, for appellees.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

**R. J. Steven, appellee, v. The Combination Fountain Company, appellant. Gen. No. 7,790.**

Action for deceit. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 6, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Vail, Pogue & Allen, for appellant. Wiley & Morey, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

**Easton Farmers Grain Company, appellant, v. Fernandes Grain Company, appellee. Gen. No. 7,811.**

Action to recover losses in grain futures. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 6, 1925.

W. St. J. Wines and Stevens & Herndon, for appellant. Harlington Wood, Sampson & Giffin and Hugh J. Graham, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.